```
DEBORAH CONNOR, Chief
Money Laundering and Asset Recovery Section (MLARS)
MARY BUTLER
Chief, International Unit
WOO S. LEE
Deputy Chief, International Unit
JONATHAN BAUM, Senior Trial Attorney
BARBARA LEVY, Trial Attorney
JOSHUA SOHN, Trial Attorney
Criminal Division
United States Department of Justice
    1400 New York Avenue, N.W., 10th Floor
    Washington, D.C. 20530
    Telephone: (202) 514-1263
    Email:  Woo.Lee@usdoj.gov

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (CBN: 274184)
MICHAEL R. SEW HOY (CBN: 243391)
Assistant United States Attorneys
Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-3391/(213)894-3314
    Facsimile: (213) 894-0142
    Email: John.Kucera@usdoj.gov
           Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 17-4443 DSF (PLAx) |
|---|---|
| Plaintiff, | PLAINTIFF'S MAY 2019 STATUS REPORT |
| v. | |
| ONE PAINTING ENTITLED "NATURE MORTE AU CRANE DE TAUREAU" BY PABLO PICASSO; ET AL., | |
| Defendants. | |

On June 15, 2017, Plaintiff United States of America (the "government") filed a Verified Complaint for Forfeiture *in Rem* against defendants One Painting Entitled "Nature Morte Au Crane De Taureau" by Pablo Picasso (the "Picasso"); One Collage Entitled "Redman One" by Jean-Michel Basquiat (the "Basquiat"); and One Photograph Entitled "Boy With The Toy Hand Grenade" by Diane Arbus (the "Arbus") (hereinafter, the "Defendant Assets").  On June 20, 2017, the government filed a First Amended Complaint for Forfeiture *in Rem* ("FAC") against the Defendant Assets.

Beginning on June 21, 2017, notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for admiralty or Maritime Claims and Asset Forfeiture Actions.  Accordingly, the time to file a claim and answer for all interested parties expired on August 20, 2017, and September 10, 2017, respectively.

On August 4, 2017, direct notice of the Civil Forfeiture action was e-mailed to counsel for the one known potential claimant and owner of the Defendant Assets, Leonardo DiCaprio, as agreed upon by counsel.  Accordingly, the time to file a claim and answer for the known potential claimants expired October 11, 2017, and November 3, 2017, respectively.

At the time of the filing of the FAC, the Picasso and Basquiat were located in Switzerland.  On June 16, 2017, a warrant for arrest *in rem* was issued for the Defendant Assets.  Copies of the FAC, notice, and the arrest warrant *in rem* were received and served by the Central Authority of Switzerland, pursuant to the Treaty Between the


United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters ("MLAT").

Through counsel and in an affidavit, Mr. DiCaprio represented that he was surrendering the Defendant Assets to the government and that he would not pursue any legal claims or defenses that he might have to the Defendant Assets or this case. The Defendant Assets are in the custody and control of the United States Marshals Service. (Dkt. No. 21).

On January 5, 2018, a Default by Clerk was issued (Dkt. No. 23).

On September 24, 2018, this Court issued an Order in the related case *United States v. Certain Rights to and Interests in Shares of Series D Preferred Stock in Palantir Technologies*, CV 17-4446-DSF (PLAx) ("Palantir Action"), granting a motion by the claimant in that case (the "Palantir Claimant") to certify for interlocutory appeal the Court's denial of the Palantir Claimant's motion to dismiss. Specifically, the Court certified for interlocutory appeal two issues relating to (i) whether the government's civil action seeking to forfeit the asset in the Palantir Action was properly venued, and (ii) whether the government must make a showing of personal jurisdiction over a claimant in a civil forfeiture action.

In accordance with the Court's Order in the Palantir Action, the government provided notice of the Court's Order in this case issued on September 24, 2018 (Dkt. No. 27). On October 4, 2018, the Palantir Claimant filed a Petition for Permission to Appeal Interlocutory Order of the United States District Court for the Central District of California Pursuant to 28 U.S.C. § 1292(b) with the United States Court of Appeals for the Ninth Circuit. That petition remains pending with the Ninth Circuit with the Palantir

Claimant's reply was filed April 19, 2019, and the case is being considered for the upcoming oral argument calendar in Pasadena for dates in August 2019 and the two subsequent months.

Once the Ninth Circuit adjudicates the Palantir Claimant's Petition, the government will again consider whether a Motion for Default Judgment is appropriate.

The government will file the next status report in 180 days or until a motion for default judgment is filed.

Dated: May 1, 2019

Respectfully submitted,

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney

　　　　/s/*Woo S. Lee*　　　　
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys

WOO S. LEE
Deputy Chief, MLARS
JONATHAN BAUM
BARBARA LEVY
JOSH SOHN
Trial Attorneys, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA